State of Connecticut *v.* Robert L. Winters et al.

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is denied.

*Joseph J. Fauliso,* in support of the petition.

*Richard W. Wood,* assistant prosecuting attorney, in opposition.

Submitted January 10—decided March 31, 1964

Ann J. Loss et al. *v.* Haines Builders, Inc., et al.

The motion by the defendants to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Raphael Korff,* for the appellees (defendants).

*William A. Loss,* pro se, the appellant (plaintiff).

Argued April 7—decided April 7, 1964

The North Rollingwood Property Owners Association et al. *v.* The City Plan Commission of the City of New Britain et al.

The motion by the defendants to dismiss the appeal from the Court of Common Pleas in Hartford County is denied.

*Austin K. Wolf,* with whom was *John F. Downes,* for the appellee (defendant Daughters of Mary of Immaculate Conception, Inc.); with him also was *Algert F. Politis,* for the appellee (named defendant).

*John D. Bagdasarian,* for the appellants (plaintiffs).

Argued April 7—decided April 7, 1964